# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHERYL B. CARTER,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                             CASE NO. 5:10CV14

McCREARY MODERN, INC.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2011, Order.

                                        Signed: August 8, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court